# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEDRO GARCIA,<br><br>          *Plaintiff*,<br><br>    v.<br><br>PERFECTION COLLECTION, LLC, and MOUNTAIN RUN SOLUTIONS, LLC,<br>          *Defendants*. | CIVIL ACTION<br><br>NO. 20-4255 |

# **ORDER**

**AND NOW**, this 26th day of October 2022, upon consideration of Plaintiff's Motions for Default Judgment against Defendants Perfection Collection, LLC, and Mountain Run Solutions, LLC, (ECF 33 and 34), it is hereby **ORDERED** that the Motions are **GRANTED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.